UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND
    Petitioner,

vs.                                    CASE NO. 1:05CV0973

BUILTEK CONTRACTORS, INC.
    Respondent.

## AFFIDAVIT OF SERVICE

I, being duly sworn, state that I am over the age of 18 years and not a party to this lawsuit, and that I served the SUMMONS AND COMPLAINT in Bernalillo County on this __31st__ day of __May__, 20__05__ on __Jesus Gonzales__ in the following manner:

[X] __Personal service on Jesus Gonzales, Builtek Contractors Inc., President, at 718 Central Ave., SW, ABQ, NM 87102 at 10:55 am__

Fee: $

                              Milton Rodriguez – Process Server

*Subscribed and sworn to before me this __1st__ day of __June__, 2005.

                              Judge, notary or other officer authorized to administer oaths.

                              My commission expires: 05/12/09



OFFICIAL SEAL
DAVID MARTIN
State of New Mexico
My Commission Expires 1-16-07