

# Builtek
CONTRACTORS, INC
*Combining sound building techniques with high-tech systems*

**718 CENTRAL AVE SW
ALBUQUERQUE, NM 87102**
Telephone (505) 765-5745 Fax (505) 765-9006

6/17/05

United States District Court
District of Columbia
The Honorable Judge Ricardo M. Urbina

LET THIS BE FILED
DATE: 6/22/05
JUDGE RICARDO M. URBINA

Case No. 1:05CV0973,

International Painters and Allied Trades Industry Pension Fund
v.
Builtek Contractors, Inc.

**RE: Motion to extend period to answer summons additional 30 days.**

Your Honor,

Builtek Contractors, Inc., a small disadvantaged business incorporated in the State of New Mexico, has been in business since September of 1997. At the present time, we have no resources to hire an attorney and hereby enter a motion to extend the period to answer this summons an additional thirty days.

Builtek Contractors, Inc. has contacted Ms. Jessica Tortella, of Jennings Sigmond Attorneys, representing the complainant and has made her client a good faith offer to settle this case. You will find the terms of this offer attached as "Attachment A" CASE No. 1:05CV0973 Offer in Settlement.

This additional thirty days will allow both parties to reach a mutually agreeable settlement.

Sincerely,

Jesus R. Gonzalez, President
Builtek Contractors, Inc.

June 20, 05   my Commission expires 8/06/08

 **718 CENTRAL AVE SW**
**ALBUQUERQUE, NM 87102**
Telephone (505) 765-5745  Fax (505) 765-9006

6/17/05

Jennings Sigmond, Attorneys at Law
Attn: Jessica Tortella
The Penn Mutual Towers
16th Floor
510 Walnut Street
Independence Square
Philadelphia, PA 19106-3683

RE: International Painters and Allied Trade Industry Pension Fund v. Builtek Contractors, Inc.

Dear Ms. Tortella,

As a follow up to our telephone conversation on 6/17/05, Builtek Contractors, Inc. offers the following settlement terms for the above referenced case:

1. Initial Payment of $2,500.00 on June 30, 2005.
2. Payments of $2,000 thereafter on the 30th of each month until the amount owed is satisfied.

As per my understanding of our discussion, the amount stated in the complaint filed in US District Court, District of Columbia on May 31, 2005, is an estimated amount. Therefore I have attached a copy of our reports and our summary balance for what Builtek Contractors, Inc. believes is owed. This will allow both of us to come to a final settlement amount. Builtek does not dispute the fact that we owe your client money, we only dispute the amount.

Also as we discussed, Builtek Contractors, Inc. does not have additional resources to hire an attorney, so we would ask for your help to have filing period on the complaint summons extended an additional thirty days, if that is possible. This extra time will allow us to come to a mutually agreeable settlement. If Builtek Contractors, Inc. needs to hire an attorney to respond and negotiate this complaint, we would have to offer a smaller initial and monthly payment amounts.

In closing, I would like to thank you for your kind cooperation and assure you that Builtek Contractors, Inc. looks to settle this matter as expeditiously as possible with minimal expense to your client and to Builtek Contractors, Inc.

Sincerely,

Jesus R. Gonzalez, President
Builtek Contractors, Inc.

June 20, 05

my commission expires
8/16/08