**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) |
| Plaintiff | ) CIVIL ACTION NO. 05-00973 (RMU) |
| v. | ) ) |
| BUILTEK CONTRACTORS, INC. | ) ) |
| Defendant | ) |

**STIPULATION FOR ENTRY OF
CONSENT ORDER AND JUDGMENT**

It is stipulated and agreed by the undersigned that the attached proposed Consent Order

and Judgment may be entered without further notice or hearing.

INTERNATIONAL PAINTERS
AND ALLIED TRADES INDUSTRY
PENSION FUND

BUILTEK CONTRACTORS, INC.

BY: _____
SANFORD G. ROSENTHAL, ESQUIRE
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611

BY: _____
JESUS R. GONZALEZ, President
Builtek Contractors, Inc.
718 Central Avenue, SW
Albuquerque, NM 87102
(505) 765-5745

Date: August 30, 2005

140674